# Case Summary
## Case No. CE25-00058

| | | |
|---|---|---|
| CHRISTA HURLEY, JR MEDIA CO., LLC<br>Vs.<br>VERDE OUTDOOR MEDIA, LLC | § § § § § | Location: Superior Court 2<br>Judicial Officer: Lane, Roger B<br>Filed on: 01/21/2025<br>SB176: 0632025000322 |

## Case Information

Case Type: **Contract/Account**

| Date | Case Assignment |
|---|---|
| | **Current Case Assignment**<br>Case Number    CE25-00058<br>Court    Superior Court 2<br>Date Assigned    01/21/2025<br>Judicial Officer    Lane, Roger B |

## Party Information

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | VERDE OUTDOOR MEDIA, LLC | Pro Se |
| **Plaintiff** | HURLEY, CHRISTA | TATE, JASON<br>*Retained*<br>912-638-5200(W) |
| | JR MEDIA CO., LLC | TATE, JASON<br>*Retained*<br>912-638-5200(W) |

| Date | Events & Orders of the Court | Index |
|---|---|---|
| 01/21/2025 | Petition for Declaratory Judgment | |
| 01/28/2025 | Summons<br>*Summons* | |