IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JR MEDIA CO., LLC AND CHRISTA HURLEY | * * * |
| Petitioners, | * * |
| v. | * Civil Action No. 2:25-cv-00036-LGW-BWC |
| VERDE OUTDOOR MEDIA, LLC, | * * * |
| Respondent. | * |

**ANSWER AND AFFIRMATIVE DEFENSES OF
PETITIONER JR MEDIA CO., LLC AND CHRISTA HURLEY**

Pursuant to Fed. R. Civ. Pro. 8 and 12, Petitioners JR Media Co., LLC and Christa Hurley, by and through undersigned counsel, file their Answer and Affirmative Defenses to Respondent Verde Outdoor Media, LLC's Counterclaim, representing to the Court as follows:

**FIRST DEFENSE**

Respondent's Counterclaim may be barred in whole or in part for failure to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Respondent's Counterclaim may be barred in whole or in part by the doctrine of waiver.

**THIRD DEFENSE**

Respondent's Counterclaim may be barred in whole or in part by the doctrine of laches.

**FOURTH DEFENSE**

Respondent's Counterclaim may be barred in whole or in part by the doctrine of estoppel.

**FIFTH DEFENSE**

Respondent's Counterclaim may be barred by the doctrine of unclean hands.

1

## SIXTH DEFENSE

Respondent's Counterclaim is barred by their own nonperformance, wrongful conduct, or breach of the Contract.

## SEVENTH DEFENSE

Respondent's Counterclaim may be barred its failure to act in good faith.

## EIGHTH DEFENSE

Respondent's Counterclaim may be barred by the doctrine of unjust enrichment.

## NINTH DEFENSE

Respondent's Counterclaim is barred by the express terms of the Parties Contract.

## NINTH DEFENSE

Petitioners respond to the individual paragraphs of Respondent's Counterclaim as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. Petitioners hereby incorporate all preceding paragraphs by reference.

5. Admitted.

6. Denied as stated. By way of further response, Petitioners state that the Contract, in its entirety, speaks for itself. Respondent mischaracterizes the Contract by isolating certain provisions.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Petitioners hereby incorporate all preceding paragraphs by reference.

13. Denied.

14. Denied.

15. Denied.

16. Any paragraphs or allegations of the Complaint not answered and/or denied above are hereby denied.

**WHEREFORE**, having fully answered, Petitioners pray:

    (a) that the Court dismiss Respondent's Counterclaim;

    (b) that the Court award Petitioners' costs of litigation, including reasonable attorneys' fees and expenses as allowed by any and all applicable law; and

    (c) that the Court grant such other and further relief as the Court deems just, proper, and equitable.

Respectfully submitted this 7th day of April, 2025.

                                                  **ROBERTS TATE, LLC**

                                                  */s/ Jason M. Tate*
                                                  Jason M. Tate
                                                  Georgia Bar No. 140827
                                                  James L. Roberts, IV
                                                  Georgia Bar No. 608580

Post Office Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200 – office
(912) 638-5300 – fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing **ANSWER AND DEFENSES OF DEFENDANT CLARENCE HOWARD LEAVY, IV**, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties registered with the Court's CM/ECF system.

This 7th day of April, 2025.

                                           **ROBERTS TATE, LLC**

                                           */s/ Jason M. Tate*
                                           Jason M. Tate
                                           Georgia Bar No. 140827

Post Office Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200 – office
(912) 638-5300 – fax